IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELTON LEE MILLER                          PLAINTIFF

v.                         Civil No. 6:20-cv-6048

JUDGE LAKESHIA SWANIGAN;
TYSHIQUE MEADOWS; MS.
MORGAN; and MS. VACANT                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 20, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Ford recommends that the Court deny Plaintiff Melton Lee Miller's Motion to Proceed *in forma pauperis* ("IFP") because Plaintiff has accumulated more than three strikes under 28 U.S.C. § 1915(g) and has not alleged that he is under imminent danger. Judge Ford also recommends that the Court require Plaintiff to pay the full filing fee within fifteen days, in addition to bearing responsibility for any other litigation costs, such as service. Judge Ford recommends further that this case be dismissed without prejudice if Plaintiff does not tender the filing fee within fifteen days. Finally, Judge Ford recommends that the Court order the magistrate judge to review any future civil actions filed by Plaintiff to determine whether IFP status should be granted in those cases.

Plaintiff has not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds no clear error warranting a departure from the Report and Recommendation. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Therefore, the Court adopts the Report and Recommendation (ECF No. 8) *in toto*.

Consequently, Plaintiff's motion to proceed IFP (ECF No. 2) is hereby **DENIED**. Plaintiff is **ORDERED** to pay the full filing fee within fifteen days of receipt of this order. If he does so, Plaintiff must also pay any other costs that arise in association with this action, such as the cost of service and for the issuance of any requested subpoenas. If Plaintiff fails to pay the full filing fee within fifteen days, this case will be dismissed without prejudice.

Additionally, the Clerk of Court is **DIRECTED** to provisionally file any new civil action in which Melton Lee Miller seeks to proceed IFP. The magistrate judge assigned to that case shall then review the action and if it is a civil action, rather than a criminal or habeas action, and if Miller has not asserted a valid claim that he is under imminent danger of serious physical injury, the magistrate judge shall, without awaiting a motion, recommend that IFP status be denied.

**IT IS SO ORDERED**, this 9th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge