IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELTON LEE MILLER                                                                                   PLAINTIFF

v.                                                          Civil No. 6:20-cv-6048

JUDGE LAKESHIA SWANIGAN;
TYSHIQUE MEADOWS; MS.
MORGAN; and MS. VACANT                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 14, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11).  Judge Ford recommends that the Court dismiss Plaintiff Melton Lee Miller's complaint without prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), for failure to obey a court order and for failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*.  Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED**, this 1st day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge